No. 22, Misc. BURKE ET AL. *v.* UNITED STATES. C. A. 1st Cir. Certiorari denied. *Walter J. Hurley* for petitioners. *Solicitor General Cox, Assistant Attorney General Miller,* and *Robert S. Erdahl* for the United States.

No. 23, Misc. PORTER *v.* FLORIDA. Supreme Court of Florida. Certiorari denied. Petitioner *pro se. James W. Kynes,* Attorney General of Florida, and *George R. Georgieff,* Assistant Attorney General, for respondent.

No. 27, Misc. JOHNSON *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied. *A. K. Black* for petitioner. *Solicitor General Cox, Assistant Attorney General Miller, Beatrice Rosenberg* and *Theodore George Gilinsky* for the United States.

No. 28, Misc. STEM *v.* NORTH CAROLINA. Supreme Court of North Carolina. Certiorari denied. *Charles L. Abernethy, Jr.,* for petitioner. *T. W. Bruton,* Attorney General of North Carolina, and *Harry W. McGalliard,* Deputy Attorney General, for respondent.

No. 29, Misc. ORTIZ *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied. Petitioner *pro se. Solicitor General Cox, Assistant Attorney General Miller, Beatrice Rosenberg* and *Kirby W. Patterson* for the United States.

No. 30, Misc. GARCIA *v.* CALIFORNIA. Appellate Department, Superior Court of California, County of Los Angeles. Certiorari denied. *Caryl Warner* for petitioner. *Roger Arnebergh, Philip E. Grey* and *Wm. E. Doran* for respondent.